# OSBORN LAW P.C.

Daniel A. Osborn, Esq.     dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.     ltrust@osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/10/2024

July 10, 2024

Granted.

SO ORDERED:

07/10/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Anderson v. Commissioner of Social Security*
           Civil Action No. 1:24-cv-02819-RWL

Dear Judge Lehrburger,

    We write on behalf of our client, Laura Anderson, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on July 17, 2024 per the Court's April 15, 2024 Standing Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **October 15, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **December 16, 2024**; and

- Plaintiff to file her reply, if any, on or before: **December 30, 2024.**

43 West 43rd Street, Suite 131     Telephone 212-725-9800     osbornlawpc.com
New York, New York 10036     Facsimile 212-500-5115     info@osbornlawpc.com

Honorable Robert W. Lehrburger
July 10, 2024
Page Two

Thank you for your consideration of this request.

                        Respectfully submitted,

                        s/Daniel A. Osborn
                        Daniel A. Osborn
                        OSBORN LAW, P.C.
                        43 West 43rd Street, Suite 131
                        New York, New York 10036
                        Telephone:     212-725-9800
                        Facsimile:       212-500-5115
                        dosborn@osbornlawpc.com

cc: Michael P. Corona, Esq. (by ECF)