UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAURA ANDERSON,                  :         24-CV-2819 (RWL)

            Plaintiff,     :

                  :        **ORDER: ATTORNEYS' FEES**

     - against -     :

COMMISSIONER OF SOCIAL SECURITY,   :

          Defendant.   :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

IT IS HEREBY ORDERED that Plaintiff's Motion for attorney's fees under § 406(b) is granted. The Court hereby authorizes $16,386.75 in attorney's fees for legal services rendered in the United States District Court, to be paid by the Social Security Administration out of Plaintiff's past-due benefits. Plaintiff's counsel must refund to Plaintiff the EAJA fee previously awarded by this Court in the amount of $6,950, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3) (B) (2006)).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    May 18, 2026
         New York, New York

Copies transmitted this date to all counsel of record.

1